# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Brian M. Peroni | : | Case No. **18-13803-elf** |
| | : | |
| | : | |
| Debtors . | : | Chapter 13 |

**NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS PURSUANT TO § 1109 (b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

NOTICE IS HEREBY GIVEN pursuant to Section 1109(b) of Title 11 of the Untied States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that M. JACQUELINE LARKIN, ESQUIRE appears for and on behalf of the creditor, TruMark Financial Credit Union

NOTICE IS FURTHER GIVEN that M. JACQUELINE LARKIN, ESQUIRE requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon M. Jacqueline Larkin, Esquire at the following office, post office and electronic mailing address and telephone number:

M. Jacqueline Larkin, Esq.
McGivney & Kluger, P.C.
1650 Arch Street, Suite 1800
Philadelphia, PA 19103
(215) 557-1990
Email: mjlarkin@mklaw.us.com

{P0347305-1}

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers refereed to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex or otherwise, that affect the above-captioned debtor or debtor-in-possession or the property of such debtor or the debtor's estate.

          MCGIVNEY & KLUGER, P.C.

          _M. Jacqueline Larkin,_____
          M. Jacqueline Larkin, Esq.
          ID No. 309190
          1650 Arch Street, Suite 1800
          Philadelphia, PA 19103
          (215) 557-1990

Date: July 3, 2018

{P0347305-1}