# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13803-ELF

BRIAN M PERONI
KELLY C MARLIN-PERONI
708 FAIRBRIDGE DRIVE

FAIRLESS HILLS, PA 19030-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BRIAN M PERONI
    KELLY C MARLIN-PERONI
    708 FAIRBRIDGE DRIVE

    FAIRLESS HILLS, PA 19030-

**Counsel for debtor(s), by electronic notice only.**
    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


                                        /s/ William C. Miller

Date: 8/16/2018

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee