IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Brian M. Peroni and Kelly C. Peroni          :  Case No. 18-13803/ELF
                                                                        :  Chapter 13

## CERTIFICATION OF SERVICE

  The undersigned, attorney for Debtor, does hereby certify that I did on November 19, 2018, serve the U.S. Trustee, Case Trustee and all creditors who filed a proof of claim or who otherwise entered an appearance for notice by electronic means or by U.S. regular mail to their respective addresses as reflected on the proof of claim or notice with the Amended Chapter 13 Plan filed on November 19, 2018 for the above-referenced bankruptcy matter.

  I declare under penalty of perjury that the foregoing is correct.


                                                        s/ John M. Kenney
Date: November 19, 2018                   John M. Kenney, Esquire
                                                        308 N. Oxford Valley Road
                                                        Fairless Hills, PA  19030