# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-13803-ELF

BRIAN M PERONI
KELLY C MARLIN-PERONI
708 FAIRBRIDGE DRIVE

FAIRLESS HILLS, PA 19030-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRIAN M PERONI
    KELLY C MARLIN-PERONI
    708 FAIRBRIDGE DRIVE

    FAIRLESS HILLS, PA 19030-

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

                              /S/ William C. Miller

Date: 11/21/2018                    _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee