UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| BRIAN M. PERONI | : | BANKRUPTCTY NO. 18-13803-ELF |
| KELLY C. MARLAIN-PERONI | : | CHAPTER 13 |
| | : | |
| DEBTOR(S) | : | |

*******************************

NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw the appearances of M. Jacqueline Larkin, Esquire in the above-referenced matter.

/s/ M. Jacqueline Larkin
M. Jacqueline Larkin, Esquire
Attorney No.: 309190

Dated: March 6, 2019



{P0386159-1}