United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian M. Peroni  
Kelly C. Marlin-Peroni  
    Debtors

Case No. 18-13803-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: May 28, 2019  
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.  
db/jdb       +Brian M. Peroni,   Kelly C. Marlin-Peroni,   708 Fairbridge Drive,   Fairless Hills, PA 19030-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:  
       CORINNE SAMLER BRENNAN   on behalf of   Trumark Financial Credit Union cbrennan@klehr.com, swenitsky@klehr.com  
       JOHN M. KENNEY   on behalf of Debtor Brian M. Peroni jken330@comcast.net,  Kathy@jkenneylaw.com  
       JOHN M. KENNEY   on behalf of Joint Debtor Kelly C. Marlin-Peroni jken330@comcast.net, Kathy@jkenneylaw.com  
       KEVIN G. MCDONALD   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                   TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kelly C. Marlin-Peroni<br>Brian M. Peroni<br>**Debtor(s)** | CHAPTER 13 |
| Toyota Lease Trust<br>**Movant**<br>vs. | NO. 18-13803 ELF |
| Kelly C. Marlin-Peroni<br>Brian M. Peroni<br>**Debtor(s)** | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>**Trustee** | |

**O R D E R**

Upon consideration of the Motion for Relief from the Automatic Stay filed i by Movant Toyota Lease Trust, it is hereby,

ORDERED, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA CAMRY, VIN: 4T1BF1FK9HU408499 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date: 5/28/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**