IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kelly C. Marlin-Peroni<br>Brian M. Peroni<br>          Debtors | | CHAPTER 13 |
| Toyota Lease Trust<br>          Movant<br>vs. | | NO. 18-13803 ELF |
| Kelly C. Marlin-Peroni<br>Brian M. Peroni<br>          Debtors | | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>          Trustee | | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Secured Property is a 2017 Toyota Camry, VIN: 4T1BF1FK9HU408499

2. Debtor has surrendered the Secured Property to Secured Creditor in December 2019.

3. Debtor stipulates and agrees that, upon the Court's approval of this Stipulation, Movant shall be granted relief from the automatic stay to take possession and sell, lease, and otherwise dispose of the Secured Property in a commercially reasonable manner.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date:   January 23, 2020

/s/ Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Movant

Date: 4/17/2020

John M. Kenney, Esquire
Attorney for Debtors

Date: 4/20/2020

/s/ LeRoy Wm. Etheridge, Esq. for
William C. Miller, Esquire    NO OBJECTION
Chapter 13 Trustee    *without prejudice to any
trustee rights and remedies.

Approved by the Court this _____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank