United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian M. Peroni  
Kelly C. Marlin-Peroni  
     Debtors

Case No. 18-13803-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Apr 23, 2020  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
db/jdb      +Brian M. Peroni,   Kelly C. Marlin-Peroni,   708 Fairbridge Drive,   Fairless Hills, PA 19030-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:  
        CORINNE SAMLER BRENNAN    on behalf of    Trumark Financial Credit Union cbrennan@klehr.com, swenitsky@klehr.com  
        JOHN M. KENNEY    on behalf of Debtor Brian M. Peroni jken330@comcast.net, Kathy@jkenneylaw.com  
        JOHN M. KENNEY    on behalf of Joint Debtor Kelly C. Marlin-Peroni jken330@comcast.net, Kathy@jkenneylaw.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kelly C. Marlin-Peroni<br>Brian M. Peroni<br>   Debtors | | CHAPTER 13 |
| Toyota Lease Trust<br>   Movant<br>vs. | | NO. 18-13803 ELF |
| Kelly C. Marlin-Peroni<br>Brian M. Peroni<br>   Debtors | | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>   Trustee | | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Secured Property is a 2017 Toyota Camry, VIN: 4T1BF1FK9HU408499

2. Debtor has surrendered the Secured Property to Secured Creditor in December 2019.

3. Debtor stipulates and agrees that, upon the Court's approval of this Stipulation, Movant shall be granted relief from the automatic stay to take possession and sell, lease, and otherwise dispose of the Secured Property in a commercially reasonable manner.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date:   January 23, 2020                    /s/ Rebecca A. Solarz, Esq.
                                            Rebecca A. Solarz, Esq.
                                            Attorney for Movant

Date:   4/17/2020                           John M. Kenney, Esquire
                                            Attorney for Debtors

Date:   4/20/2020                           /s/ LeRoy Wm. Etheridge, Esq. for
                                            William C. Miller, Esquire    NO OBJECTION
         **O R D E R**                      Chapter 13 Trustee             *without prejudice to any
                                                                           trustee rights and remedies.

Approved by the Court this 22nd day of April, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank