# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13803-ELF

BRIAN M PERONI
KELLY C MARLIN-PERONI
708 FAIRBRIDGE DRIVE

FAIRLESS HILLS, PA 19030-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRIAN M PERONI
    KELLY C MARLIN-PERONI
    708 FAIRBRIDGE DRIVE

    FAIRLESS HILLS, PA 19030-

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY, ESQ
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

Date: 12/23/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee