Certificate Number: 05781-PAE-DE-037192857

Bankruptcy Case Number: 18-13803



05781-PAE-DE-037192857

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2023, at 7:08 o'clock AM PST, Kelly Marlin-peroni completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 18, 2023                By:   /s/Allison M Geving

                                        Name: Allison M Geving

                                        Title: President