United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13803-mdc |
| Brian M. Peroni | Chapter 13 |
| Kelly C. Marlin-Peroni | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 21, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian M. Peroni, Kelly C. Marlin-Peroni, 708 Fairbridge Drive, Fairless Hills, PA 19030-3503 |
| 14161317 | + | M. Jacqueline Larkin, Esq., McGivney & Kluger, P.C., Atty for TruMark Financial, 1650 Arch Street, Suite 1800, Philadelphia, PA 19103-2034 |
| 14283389 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esq., Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2023 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14119105 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2023 00:28:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14119106 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2023 00:28:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14119107 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 00:33:00 | Capital One, Po Box 26625, Richmond, VA 23261-6625 |
| 14179968 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:33:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14131362 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 00:33:05 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14119109 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:33:05 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14119110 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:28:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14119111 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:28:00 | Comenitycap/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14119113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:33:05 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14169191 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2023 00:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14122397 | | Email/Text: mrdiscen@discover.com | Mar 22 2023 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14119112 | + | Email/Text: mrdiscen@discover.com | Mar 22 2023 00:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

Case 18-13803-mdc    Doc 76    Filed 03/23/23    Entered 03/24/23 00:35:26    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 14263028 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 22 2023 00:28:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14119115 | + | Email/Text: tvanderpool@fnbn.com | Mar 22 2023 00:28:00 | First National Bank &, 40 S. State Street, Newtown, PA 18940-3500 |
| 14119108 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2023 00:33:07 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14119116 | + | Email/Text: PBNCNotifications@perituservices.com | Mar 22 2023 00:28:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14180592 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:33:05 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14119117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:28:00 | Lane Bryant Retail/soa, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 14165015 | + | Email/Text: bncnotifications@pheaa.org | Mar 22 2023 00:28:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14120016 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 22 2023 00:55:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14178661 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2023 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14177572 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2023 00:28:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14178660 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2023 00:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14119118 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:33:08 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14119119 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:33:01 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14119120 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:33:08 | Syncb/toys, Po Box 965005, Orlando, FL 32896-5005 |
| 14119121 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:33:05 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14182108 | + | Email/Text: bncmail@w-legal.com | Mar 22 2023 00:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14119122 | + | Email/Text: bncmail@w-legal.com | Mar 22 2023 00:28:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14119123 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:33:02 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14130032 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 22 2023 00:28:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14325393 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:33:02 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14119124 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 22 2023 00:28:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14164419 | + | Email/Text: dbogucki@trumark.org | Mar 22 2023 00:28:00 | TruMark Financial Credit Union, 335 Commerce Drive, PO Box 8127, Fort Washington, PA 19034-8127 |
| 14119125 | + | Email/Text: dbogucki@trumark.org | Mar 22 2023 00:28:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14162571 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 22 2023 00:28:00 | U.S. Bank NA dba Elan Financial Services, |

| Recip ID | Notice Type | Address | Date/Time | Entity |
|---|---|---|---|---|
| 14119114 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Mar 22 2023 00:28:00 | Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14180410 | Email/PDF: bncnotices@becket-lee.com | | Mar 22 2023 00:33:09 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14119104 | | Aes/trumark |
| 14159559 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CORINNE SAMLER BRENNAN | on behalf of Trumark Financial Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com |
| JOHN M. KENNEY | on behalf of Joint Debtor Kelly C. Marlin-Peroni jken330@comcast.net Kathy@jkenneylaw.com |
| JOHN M. KENNEY | on behalf of Debtor Brian M. Peroni jken330@comcast.net Kathy@jkenneylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Brian M. Peroni and Kelly C. Marlin−Peroni

       Debtor(s)

Case No: 18−13803−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

       900 Market Street
       Suite 400
       Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/20/23

75 − 63
Form 138OBJ