IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Brian M. Peroni                           : Case No. 18-13803-elf
       Kelly C. Marlin-Peroni                :
                                                               : Chapter 13

## CERTIFICATION OF NO RESPONSE

I, John M. Kenney, Esquire, attorney for Debtors, Brian M. Peroni and Kelly C. Marlin-Peroni, hereby certify that as of this 10th day of May, 2023, there has been no response or answer regarding the Application for Compensation dated and served February 17, 2023. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Eric L. Frank as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date:  May 10, 2023
                                                                s/ John M. Kenney
                                                                **John M. Kenney, Esquire**
                                                                308 N. Oxford Valley Road
                                                                Fairless Hills, PA  19030
                                                                (215)547-3031